AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| AKI JONES, *Plaintiff* v. JOHN E. WETZEL, TREVOR A. WINGARD, TAMMY FERGUSON, S. ELLENBERGER, OFFICER BREGMAN, BOBBI JO SALAMON, GERALD MCMAHON, JENNIFER ROSSMAN, TIMOTHY GRAHAM, SHAWN WIGGINS, and DAVE LINK, *Defendants* | Civil Action No. 1:17-CV-1096 (Chief Judge Conner) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other: JUDGMENT be and is hereby ENTERED in favor of defendants JOHN E. WETZEL, TREVOR A. WINGARD, TAMMY FERGUSON, S. ELLENBERGER, OFFICER BREGMAN, BOBBI JO SALAMON, GERALD MCMAHON, JENNIFER ROSSMAN, TIMOTHY GRAHAM, SHAWN WIGGINS, and DAVE LINK,, and against plaintiff AKI JONES, on all claims asserted in the complaint, in accordance with the court's order (Doc. 41), dated September 30, 2019.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X  decided by Judge or Magistrate Judge   Chief Judge Christopher C. Conner

MOTION FOR JUDGMENT ON THE PLEADINGS

Date:   Sep 30, 2019         *CLERK OF COURT*   PETER WELSH, Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*